AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Lizandro Salvador Morales-Medrano

United States District Court
Southern District of Texas
FILED
APR 19 2017
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:    M-17-0704-M

IAE    YOB:    1985
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 18, 2017__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near McAllen, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Lizandro Salvador Morales-Medrano encountered by Border Patrol Agents near McAllen, Texas on April 18, 2017. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on October 01, 2016, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 12, 2016, through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 09, 2016, the defendant was convicted of 18 USC 924(a)(1)(A)&(2), Making False Statements or Representation With Regards to Firearms Records and was sentenced to four hundred fifty three (453) days confinement.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

April 19, 2017

Signature of Complainant
Jayson Springer        Senior Patrol Agent

Dorina Ramos    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer